[Cite as *State ex rel. Moore v. Gillece-Black*, 2025-Ohio-5699.]

| STATE OF OHIO | ) | IN THE COURT OF APPEALS |
| | )ss: | NINTH JUDICIAL DISTRICT |
| COUNTY OF LORAIN | ) | |

STATE OF OHIO EX REL. RAINIER A.
MOORE

    Relator

    v.

WARDEN JENNIFER GILLECE-BLACK

    Respondent

C.A. No.    25CA012311

ORIGINAL ACTION IN HABEAS
CORPUS

Dated: December 22, 2025

PER CURIAM.

{¶1} Relator, Rainier Moore, has petitioned this Court for a writ of habeas corpus seeking an order directing Respondent, Warden Gillece-Black, to release him from custody. Because Mr. Moore has been released from custody, his claim is moot and this Court dismisses the petition.

{¶2} At the time Mr. Moore filed this action, he was incarcerated in the Lorain Correctional Institution. While this case was pending, he was released from custody and placed under the supervision of the Adult Parole Authority. *See State ex rel. Waterhouse v. Summit County Common Pleas Court*, 2023-Ohio-1878, ¶ 2 ("This Court may consider evidence outside the petition to determine that an action is moot."). "When a petitioner has been released from incarceration, the prisoner's habeas corpus claim is moot." *Id.* at ¶ 3. *Accord State ex rel. Johnson*

*v. Foley*, 2022-Ohio-3643, ¶ 4 (habeas petition moot where petitioner placed on post-release control while case pending).

{¶3}    Because Mr. Moore has been released from custody, his petition is moot.  The case is dismissed.  Costs of this action are taxed to Mr. Moore.  The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. *See* Civ.R. 58(B).

SCOT A. STEVENSON
FOR THE COURT

CARR, J.
HENSAL, J.
CONCUR.

APPEARANCES:

RAINIER A. MOORE, Pro Se, Relator.

DAVE YOST, Attoorney General, and STEPHANIE L. WATSON, Principal Assistant Attorney General, for Respondent.